FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 23 2016 ★

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**     LONG ISLAND OFFICE

| | |
|---|---|
| MICHAEL C. ORLANDO AND JEREMY IMPELLIZZERI, INDIVIDUALLY AND ON BEHALF OF ALL OF THOSE SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>ENCORE RECEIVABLE MANAGEMENT, INC.,<br><br>Defendant. | Docket No: 2:15-cv-06997-LDW-AKT |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff

MICHAEL C. ORLANDO AND JEREMY IMPELLIZZERI, INDIVIDUALLY AND ON

BEHALF OF ALL OF THOSE SIMILARLY SITUATED, through their counsel, hereby give

notice that the above captioned action is voluntarily dismissed with prejudice. *Cca closd.*

DATED: January 25, 2016

**BARSHAY SANDERS, PLLC**
By: /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
*Attorneys for Plaintiff*
Our File No.: 109730

SO ORDERED.

Dated: Central Islip, N.Y.

11/23/2016

/s/ LEONARD D. Wexler

U.S. District Judge

BARSHAY | SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530